12 A.3d 286

**Henry SOURBRINE, Petitioner**

v.

**Louis GIORLA, Superintendent of Philadelphia Prison System, Respondent.**

No. 108 EM 2010.

Supreme Court of Pennsylvania.

Jan. 5, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of January, 2011, the Application for Leave to File Original Process, the Petition for Writ of Habeas Corpus, and the Application for an Immediate Hear-

ing are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.